UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-2345-RLM-DLP |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

The Court, this day, having issued its Order acknowledging the Parties' Notice of Dismissal, [Doc. No. 31], now directs final judgment to be entered accordingly. This case is DISMISSED with prejudice.

IT IS SO ORDERED.

ENTERED: January 9, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Distribution:

All electronically registered counsel of record via CM/ECF